O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-9629 AHM (PLAx) | Date | January 4, 2011 |
|---|---|---|---|
| Title | EVA TANZ v. SUNRISE ASSISTED LIVING | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:     Attorneys **NOT** Present for Defendants:

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

Having reviewed the parties' responses to the Court's December 17, 2010 Order to Show Cause, the Court finds that — at least for present purposes — Defendant has shown sufficient cause why the Court should not, *sua sponte*, remand this action because of untimely removal. However, although Plaintiff's counsel acknowledges that he agreed not to challenge the timeliness of the removal, he was apparently misled by Defendant's counsel. So he will be permitted to make a formal motion to remand, which must be filed by not later than January 15, 2011.

Before then, it would be in both sides' interest to settle the case promptly — indeed now. The lawyers don't really need Kristen Bennett or Charlie Lee, do they? Or if they do, why must they wait until January 20, 2011 or January 21, 2011?

_____ : _____

Initials of Preparer     SMO