1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                          CENTRAL DISTRICT OF CALIFORNIA

10

11   EVA TANZ,                          )        CASE NO. CV10-09629-AHM (PLAx)
                                        )
12              Plaintiff(s),           )        ORDER REMOVING CASE FROM
            v.                          )        ACTIVE CASELOAD
13                                      )
     SUNRISE ASSISTED LIVING, *et*      )
14   *al*.,                             )
                                        )
15              Defendant(s).           )
                                        )
16   _____)

17          The Court having been advised by the parties that the above-entitled action has

18   been settled;

19          IT IS THEREFORE ORDERED that this case is removed from this Court's

20   active caseload without prejudice to the right, upon good cause shown within 30 days,

21   to request a status conference be scheduled if settlement is not consummated.

22          This Court retains jurisdiction over this action and this Order shall not prejudice

23   any party to this action.

24

25

26   Dated: March 1, 2011             _____
                                      A. HOWARD MATZ
27   **JS-6**                         United States District Judge

28